UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ROLANDA MAGEE** | : | **DOCKET NO. 2:20-cv-194** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **UNITECH TRAINING ACADEMY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. 5) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this *Bivens* action be **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915, for failure to state a claim on which relief may be granted.

**THUS DONE AND SIGNED** in chambers, this 5th day of May, 2020.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE